IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

Brandon Lynn Rich,

(Enter the full name of the plaintiff.)

v.

(1) Deputy Heniki,
(2) Jailor Chad,
(3) Major County Jail.

(Enter the full name of each defendant. Attach additional sheets as necessary.)

CIV 20   862 HE

Case No. _____
(Court Clerk will insert case number)

**FILED**

AUG 26 2020

CARMELITA REEDER SHINN, CLERK
U.S. DIST. COURT, WESTERN DIST. OKLA.
BY_____KM_____, DEPUTY

## PRO SE PRISONER CIVIL RIGHTS COMPLAINT

### Initial Instructions

1. You must type or legibly handwrite the Complaint, and you must answer all questions concisely and in the proper space. Where more space is needed to answer any question, you may attach a separate sheet.

2. You must provide a full name for each defendant and describe where that defendant resides or can be located.

3. You must send the original complaint and one copy to the Clerk of the District Court.

4. You must pay an initial fee of $400 (including a $350 filing fee and a $50 administrative fee). The complaint will not be considered filed until the Clerk receives the $400 fee or you are granted permission to proceed *in forma pauperis*.

5. If you cannot prepay the $400 fee, you may request permission to proceed *in forma pauperis* in accordance with the procedures set forth in the Court's form application to proceed *in forma pauperis*. *See* 28 U.S.C. § 1915; Local Civil Rule 3.3.

Rev. 10/20/2015

6.  *Do not include claims relating to your criminal conviction or to prison disciplinary proceedings that resulted in loss of good time credits.*

    - If a ruling in your favor "would necessarily imply the invalidity" of a criminal conviction or prison disciplinary punishment affecting the time served, then you cannot make these claims in a civil rights complaint unless you have already had the conviction or prison disciplinary proceeding invalidated, for example through a habeas proceeding.

## Claims

List the federal right(s) that you believe have been violated, and describe what happened. Each alleged violation of a federal right should be listed separately as its own claim.

1.  **Claim 1:**

    (1) List the right that you believe was violated:

    Deputy Heniki brought his loaded firearm (pistol), on his person, into the secure area of the jail on 8/10/2020. Creating an unsafe environment, breaking the Law, and causing me to deficate and have nightmares.

    (2) List the defendant(s) to this claim: (If you have sued more than one defendant, specify each person or entity that is a defendant for this particular claim.)

    Deputy Heniki, Jailor Chad, Major County Jail

Rev. 10/20/2015

(3) List the supporting facts:

On 8/10/2020 at approximatly 10:00pm to 10:25pm, Deputy Heniki did knowingly bring his pistol into the secure area of the jail where inmates are housed. When I told him he couldn't do that, he went downstairs and secured the weapon. Jailer Chad was present and did nothing or say anything. All of the incident was on the facility Camera.

(4) Relief requested: (State briefly exactly what you want the court to do for you.)

Major County to immeadiatly cease and dissist all civil rights violations. #10,000.00 after all costs and fees. All charges dropped.

2. **Claim II:**

(1) List the right that you believe was violated:

Human rights pertaining to food portian sizes, and repeating food items. Cruel and unusual treatment, weight loss, and diahreah.

(2) List the defendant(s) to this claim: (If you have sued more than one defendant, specify each person or entity that is a defendant for this particular claim.)

Major County Jail

Rev. 10/20/2015

(3) List the supporting facts:

Between 12/05/2019 and 08/05/2020 I was served two hotdogs for lunch Monday-Friday totaling 360 hotdogs as of 08/05/2020. The dinner menu was just as underversified. Portions were also smaller for both lunch and dinner than standards specify.

(4) Relief requested: (State briefly exactly what you want the court to do for you.)

Proper menu for all inmates! $10,000.00 after all costs and fees. Charges dropped.

If there are more than two claims that you wish to assert, describe the additional claims using this same format on a separate sheet(s).

## VI. Declarations

I declare under penalty of perjury that the foregoing is true and correct.

_Brandon Rick_  08/24/2020
Plaintiff's signature                    Date

I further declare under penalty of perjury that I placed this complaint in the prison's legal mail system, with the correct postage attached, on the 24 day of August, 2020.

_Brandon Rick_  08/24/2020
Plaintiff's signature                    Date

Rev. 10/20/2015