## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| BRANDON LYNN RICH, | ) |
| Plaintiff, | ) |
| vs. | ) NO. CIV-20-0862-HE |
| FNU HENIKI, *et al.*, | ) |
| Defendants. | ) |

## ORDER

Plaintiff Brandon Lynn Rich, a prisoner appearing *pro se*, filed this § 1983 action alleging various constitutional violations against various jail employees. Pursuant to 28 U.S.C. § 636(b)(1)(B) & (C), the matter was referred to Magistrate Judge Shon T. Erwin for initial proceedings. In granting plaintiff's motion to proceed *in forma pauperis*, Judge Erwin order plaintiff to make an initial filing fee payment by September 14, 2020. Plaintiff failed to make the initial payment. Judge Erwin has issued a Report and Recommendation recommending that this action be dismissed.

The Report advised plaintiff of his right to object to the Report by October 15, 2020. Plaintiff has failed to object to the Report thereby waiving his right to appellate review of the factual and legal issues it addressed. Casanova v. Ulibarri, 595 F.3d 1120, 1123 (10th Cir. 2010).

Accordingly, the court **ADOPTS** the Report and Recommendation [Doc. # 8]. Plaintiff's claims are **DISMISSED** without prejudice.

**IT IS SO ORDERED**.

Dated this 23rd day of October, 2020.

_____
JOE HEATON
UNITED STATES DISTRICT JUDGE